JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE F. GORDON, also known as Chester Newton,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>F. GONZALEZ, CCI, WARDEN,<br><br>　　　　Respondent. | Case No. CV 10-481-AHM (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: June 9, 2010

　　　　　　　　　　　　　　　　_____
**JS-6**　　　　　　　　　　　　HONORABLE A. HOWARD MATZ
　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge